| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Deere, Beth M. | 2. Court or Organization Eastern District Court - Arkansas | 3. Date of Report 6/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - Full Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

7. Chambers or Office Address

D-157 Richard Arnold Courthouse
500 West Capitol Ave
Little Rock,AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | United Methodist Foundation of Arkansas |
| 2. | Member | 8th Circuit Model Civil Jury Instructions Subcommittee |
| 3. | Member | Partnership #1 |
| 4. | Board Member | Henry Woods Inn of Court |
| 5. | Board Member | Federal Magistrate Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2015 | West Services, Inc. - Royalties | $9,153.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | University of Arkansas - Fayetteville - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deere, Beth M. | 6/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Iberia Mortgage | Mortgage on real estate | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deere, Beth M. | 6/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rent House, 720 Hall Drive, Little Rock, AR 72205 | D | Rent | M | W | | | | | |
| 2. Intel | B | Dividend | K | T | Sold (part) | 11/20/15 | J | B | |
| 3. Ministerial Pension Plan, UMC General Board of Pensions | | None | N | T | | | | | |
| 4. TIAA CREF Retirement Annuity | | None | N | T | | | | | |
| 5. Diversified Investment Advisors Fixed Fund | | None | J | T | | | | | |
| 6. Coca-Cola Preferred Stock | B | Dividend | K | T | | | | | |
| 7. Consolidated Edison Inc of New York | A | Dividend | J | T | | | | | |
| 8. Dow Chemical Preferred Stock | A | Dividend | J | T | | | | | |
| 9. General Electric | A | Dividend | K | T | | | | | |
| 10. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 11. JP Morgan Chase | A | Dividend | J | T | Sold (part) | 07/21/15 | J | C | |
| 12. Pfizer | A | Dividend | J | T | | | | | |
| 13. Verizon Communications | A | Dividend | K | T | | | | | |
| 14. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 15. Federated Govt Oblig. Fund | C | Dividend | M | T | | | | | |
| 16. Federal Home Loan Mortgage Corp | A | Int./Div. | J | T | | | | | |
| 17. Paychex, Inc. | A | Int./Div. | | | Sold | 11/10/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deere, Beth M. | 6/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federal Home Loan Mortgage Corp Series 2610 Class VB | A | Int./Div. | J | T | | | | | |
| 19. Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |
| 20. Cisco Systems | A | Dividend | J | T | Sold (part) | 05/18/15 | J | C | |
| 21. Exxon Mobile Corporation | B | Dividend | K | T | | | | | |
| 22. Microsoft Corporation | A | Dividend | J | T | | | | | |
| 23. Arkansas Federal Credit Union | A | Int./Div. | L | T | | | | | |
| 24. The Scotts Miracle Grow co | A | Dividend | J | T | | | | | |
| 25. Willis Group Holdings Public Ltd | A | Dividend | K | T | Buy (add'l) | 09/22/15 | J | | |
| 26. Murphy Oil Corp | A | Dividend | K | T | | | | | |
| 27. Discover Financial Services | A | Dividend | K | T | | | | | |
| 28. Encana Corporation | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 29. Excelon Corporation | A | Dividend | J | T | | | | | |
| 30. BP, PLC | A | Dividend | J | T | Buy (add'l) | 08/11/15 | J | | |
| 31. Conagra | A | Dividend | | | Sold | 05/04/15 | J | C | |
| 32. EMC Corp. | A | Dividend | | | Sold | 10/08/15 | J | B | |
| 33. Entergy | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 34. First Energy Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deere, Beth M. | 6/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Glaxosmithkline, Inc. | A | Dividend | K | T | | | | | |
| 36. Halliburton | A | Dividend | K | T | | | | | |
| 37. Lowes | A | Dividend | J | T | Sold (part) | 04/07/15 | J | C | |
| 38. McDonalds Corp | A | Dividend | J | T | | | | | |
| 39. Medtronic | A | Dividend | K | T | Sold (part) | 01/27/15 | K | D | |
| 40. Merck & Co | A | Dividend | K | T | | | | | |
| 41. Microsoft | A | Dividend | J | T | Sold (part) | 06/23/15 | J | C | |
| 42. Sealed Air CP | A | Dividend | | | Sold | 06/15/15 | K | D | |
| 43. Target Corp | A | Dividend | | | Sold | 08/19/15 | K | D | |
| 44. Teva Pharma. | A | Dividend | | | Sold | 07/27/15 | K | D | |
| 45. Whirlpool Corp | A | Dividend | J | T | | | | | |
| 46. IBM | A | Dividend | K | T | Buy | 06/30/15 | J | | |
| 47. Mattel, Inc. | A | Dividend | K | T | Buy | 09/15/15 | K | | |
| 48. Macy's | A | Dividend | J | T | Buy | 11/12/15 | J | | |
| 49. Sysco Corp | A | Dividend | K | T | Buy | 05/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deere, Beth M. | 6/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Deere, Beth M. | 6/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth M. Deere**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544